FILED: September 29, 2008

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 08-1108
(8:06-cv-03386-AW)

_____

SIERRA CLUB,

        Plaintiff - Appellant

 and

AUDUBON NATURALIST SOCIETY OF THE CENTRAL ATLANTIC STATES, INC.;
ENVIRONMENTAL DEFENSE; MARYLAND NATIVE PLANT SOCIETY; ROGER
METCALF; EVE BURTON; ROGER METCALF,

        Plaintiffs

v.

UNITED STATES DEPARTMENT OF TRANSPORTATION, USDOT; MARY E.
PETERS, Secretary of Transportation; FEDERAL HIGHWAY
ADMINISTRATION, FHWA; J. RICHARD CAPKA, Administrator of FHWA;
NELSON CASTELLANOS, Division Administrator of FHWA, Maryland
Division; UNITED STATES ARMY CORPS OF ENGINEERS, ACOE; PETER W.
MUELLER, Colonel, Commander and District Engineer of ACOE,
Baltimore District; JANET M. VINE, Chief, Regulatory Branch of
ACOE, Baltimore District; STATE OF MARYLAND,

        Defendants - Appellees

 and

METROPOLITAN WASHINGTON COUNCIL OF GOVERNMENTS; NATIONAL CAPITAL
REGION TRANSPORTATION PLANNING BOARD; VINCENT C. GRAY; CATHERINE
HUDGINS, Chairperson of the National Capital Region
Transportation Planning Board,

        Defendants

_____
O R D E R
_____

Upon consideration of the stipulated motion to dismiss, the Court dismisses this appeal, upon such terms as have been agreed to by the parties, pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

                                 For the Court--By Direction

                                 /s/ Patricia S. Connor, Clerk